Certificate Number: 03088-PAE-DE-030749524

Bankruptcy Case Number: 18-11822



03088-PAE-DE-030749524

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2018, at 4:37 o'clock PM CDT, Karen Gushue completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 20, 2018

By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor