IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Karen Gushue | : |
| | : |
| | :   Case No.: 18-11822JKF |
| | : |
| Debtor(s) | :   Chapter 13 |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 18.

Dated: August 24, 2018            /s/ Brad J. Sadek, Esquire
                                  Brad J. Sadek, Esquire
                                  Sadek and Cooper
                                  "The Philadelphia Building"
                                  1315 Walnut Street, #502
                                  Philadelphia, PA 19107
                                  215-545-0008