## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | BANKRUPTCY NO. 18-11822(JKF) |
| KAREN GUSHUE : | |
| : | CHAPTER 13 |
| Debtor : | |

## CERTIFICATION OF NO RESPONSE

I, REGINA COHEN, ESQUIRE, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Ally Bank for Relief from the Automatic Stay and Co-Debtor Relief from the Automatic Stay. The response date in the above-captioned matter was on or before **November 2, 2018**, which is more than fifteen (15) days from the date of service.

LAVIN, O'NEIL, CEDRONE & DiSIPIO

/s/ Regina Cohen
Regina Cohen, Esquire
Attorney for Movant

DATED: November 6, 2018

2032647v1