| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-11822-AMC

KAREN  GUSHUE
22 ROSE ARBOR LANE
LEVITTOWN  PA    19055

Petition Filed Date: 03/16/2018
341 Hearing Date: 05/11/2018
Confirmation Date: 08/29/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $100.00 |  | 02/05/2019 | $100.00 |  | 03/04/2019 | $100.00 |  |
| 04/01/2019 | $100.00 |  | 04/29/2019 | $100.00 |  | 05/28/2019 | $100.00 |  |
| 06/28/2019 | $100.00 |  | 08/07/2019 | $100.00 |  | 09/04/2019 | $100.00 |  |
| 10/01/2019 | $100.00 | 6204505000 | 10/30/2019 | $100.00 | 6287968000 | 12/09/2019 | $100.00 | 6392594000 |
| 01/06/2020 | $100.00 | 6457067000 | 02/04/2020 | $100.00 | 6535514000 | 03/02/2020 | $100.00 | 6605259000 |
| 03/30/2020 | $100.00 | 6672436000 | 04/27/2020 | $100.00 | 6740779000 | 05/27/2020 | $100.00 | 6815892000 |
| 06/22/2020 | $100.00 | 6882951000 | 07/20/2020 | $100.00 | 6952185000 |  |  |  |

**Total Receipts for the Period:  $2,000.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ALLY FINANCIAL »»  01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL »»  01U | Unsecured Creditors | $378.13 | $0.00 | $378.13 |
| 5 | LENDING CLUB CORPORATION »»  005 | Unsecured Creditors | $12,614.28 | $35.39 | $12,578.89 |
| 8 | LVNV FUNDING LLC »»  008 | Unsecured Creditors | $4,687.46 | $0.00 | $4,687.46 |
| 2 | MOHELA ON BEHALF OF »»  002 | Unsecured Creditors | $9,082.65 | $25.48 | $9,057.17 |
| 7 | PA HOUSING FINANCE AGENCY »»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »»  006 | Unsecured Creditors | $10,397.43 | $29.17 | $10,368.26 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »»  003 | Unsecured Creditors | $7,474.34 | $20.97 | $7,453.37 |
| 4 | PROSPER MARKETPLACE INC »»  004 | Unsecured Creditors | $4,687.46 | $0.00 | $4,687.46 |
| 9 | TD BANK NA »»  009 | Unsecured Creditors | $8,131.35 | $22.81 | $8,108.54 |
| 10 | TD BANK USA NA »»  010 | Unsecured Creditors | $4,896.94 | $0.00 | $4,896.94 |
| 11 | BRAD J SADEK ESQ »»  011 | Attorney Fees | $2,390.00 | $2,390.00 | $0.00 |

**Chapter 13 Case No. 18-11822-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,000.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $2,523.82 | Arrearages: | ($100.00) |
| Paid to Trustee: | $255.10 | Total Plan Base: | $3,700.00 |
| Funds on Hand: | $221.08 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.