**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br>Karen Gushue<br>　　　　　Debtor.<br><br>SSN # XXX-XX-4972 | Chapter 13<br>CASE NO. 18-11822<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: Brad J. Sadek
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Prosper Marketplace Inc., for account # **XX3537**, in the amount of $4,687.46 docketed by the court on **May 14, 2018**, claim number 4.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:  November 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　　**Weinstein & Riley, P.S.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jordan Morrison
　　　　　　　　　　　　　　　　　　　　　　　　Jordan Morrison, Supervisor
　　　　　　　　　　　　　　　　　　　　　　　　Representative for Prosper Marketplace Inc.
　　　　　　　　　　　　　　　　　　　　　　　　2001 Western Ave., Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98121
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (877) 332-3543
　　　　　　　　　　　　　　　　　　　　　　　　Email: bncmail@w-legal.com

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br>Karen Gushue<br>　　　　Debtor.<br><br><br>SSN # XXX-XX-4972 | Chapter 13<br>CASE NO. 18-11822 |

CERTIFICATE OF SERVICE

I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 4 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on November 17, 2020 to the following parties:

Trustee via ECF
SCOTT F. WATERMAN
ECFMail@ReadingCh13.com

Debtors' Counsel via ECF
BRAD J SADEK
brad@sadeklaw.com

U.S. Trustee via ECF
USTPRegion03.PH.ECF@usdoj.gov


Dated: November 17, 2020

　　　　　　　　　　　　　　　　　　　　/s/ Poonsri Wallace
　　　　　　　　　　　　　　　　　　　　Poonsri Wallace