United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Karen Gushue  
    Debtor(s)

Case No. 18-11822-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Gushue, 22 Rose Arbor Lane, Levittown, PA 19055-1413 |
| 14075442 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14075446 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14124742 | + | Regina Cohen, Esquire, LAVIN, ONEIL, CEDRONE & DiSIPIO, 190 North Independence Mall West,, Suite 500 6th and Race Streets, Philadelphia, PA 19106-1557 |
| 14111336 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 14075451 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14080391 | + | U.S. Dept of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005-1243 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 10 2020 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2020 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2020 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Dec 10 2020 03:03:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 10 2020 03:37:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14076717 | | Email/Text: ally@ebn.phinsolutions.com | Dec 10 2020 03:03:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14075443 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 10 2020 03:08:15 | Capital One, N.a., Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14075444 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2020 03:37:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14111044 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2020 03:05:34 | LVNV Funding, LLC its successors and assigns as, assignee of Prosper Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14075445 | + | Email/Text: bk@lendingclub.com | Dec 10 2020 03:38:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14106940 | | Email/Text: bk@lendingclub.com | Dec 10 2020 03:38:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14110513 | + | Email/Text: blegal@phfa.org | Dec 10 2020 03:37:00 | PENNSYLVANIA HOUSING FINANCE |

Case 18-11822-amc    Doc 41    Filed 12/11/20    Entered 12/12/20 00:44:13    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14105492 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 10 2020 03:05:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14075447 | + | Email/Text: blegal@phfa.org | | |
| | | | Dec 10 2020 03:37:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14075448 | + | Email/Text: bankruptcy@prosper.com | | |
| | | | Dec 10 2020 03:38:00 | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 14106885 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 10 2020 03:37:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14075449 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 10 2020 03:10:56 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14075450 | | Email/Text: bankruptcy@td.com | | |
| | | | Dec 10 2020 03:37:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 14112969 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 10 2020 03:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2020            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Debtor Karen Gushue brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| FREDERICK L. REIGLE | |
| | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| LEON P. HALLER | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| REGINA COHEN | |
| | on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Dec 09, 2020 | Form ID: 138NEW | Total Noticed: 26 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Karen Gushue
       Debtor(s)                                  Bankruptcy No: 18−11822−amc
                                                                Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                         For The Court
                                                           Timothy B. McGrath
                                                           Clerk of Court

Dated: 12/9/20

                                                                         40 − 39
                                                                  Form 138_new